UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6805 (L)
(5:20-cv-01533-DCC-KDW)

_____

JEANNE VOLTZ-LOOMIS; GARY ZACHARIAH THOMAS; DENISE EDGAR; BRANDON MOORE; ALLEN SLAUGHTER; GAY OPEL STANLEY; BRISON AKEEM ALLISON; PROTECTION & ADVOCACY FOR PEOPLE WITH DISABILITIES INC; JOHN DOES 1-10, on their own and on behalf of a class similarly situated persons; JANE ROSS, 1 through 10

      Petitioners

and

MARIE THERESE ASSA'AD-FALTAS

      Movant - Appellant

v.

HENRY MCMASTER, in his official capacity as Governor of the State of South Carolina; BRYAN STIRLING, in his official capacity as Director of the South Carolina Department of Corrections; SOUTH CAROLINA DEPARTMENT OF PARDONS AND PAROLES; CHRISTOPHER F. GIBBS, in his official capacity as member of the South Carolina Board of Pardons and Paroles; MOLLIE DUPRIEST TAYLOR, in her official capacity as a member of the South Carolina Board of Pardons and Paroles; DAN BATSON, in his official capacity as a member of the South Carolina Board of Pardons and Paroles; HENRY S. ELDRIDGE, in his official capacity as a member of the South Carolina Board of Pardons and Paroles; LONNIE RANDOLPH, in his official capacity as a member of the South Carolina Board of Pardons and Paroles; KIM FREDERICK, in her official capacity as a member of the South Carolina Board of Pardons and Paroles

      Respondents

_____

No. 20-6939

(3:17-cv-01426-MBS)

_____

TWANDA MARSHINDA BROWN; SASHA MONIQUE DARBY; CAYESHIA CASHEL JOHNSON; AMY MARIE PALACIOS; XAVIER LARRY GOODWIN, on behalf of themselves and all others similarly situated; RAYMOND WRIGHT, JR., on behalf of themselves and all others similarly situated; NORA ANN CORDER

   Plaintiffs - Appellees

MARIE THERESE ASSA'AD-FALTAS

   Movant - Appellant

v.

LEXINGTON COUNTY, SOUTH CAROLINA; GARY REINHART, in his individual capacity; REBECCA ADAMS, in her official and individual capacities as the Chief Judge for Administrative Purposes of the Summary Courts in Lexington County and in her official capacity as the Judge of the Irmo Magistrate Court; ROBERT MADSEN, in his official capacity as the Circuit Public Defender for the Eleventh Judicial Circuit of South Carolina; BRYAN KOON, in his official capacity as the Lexington County Sheriff; ALBERT JOHN DOOLEY, III, in his official capacity as the Associate Chief Judge for Administrative Purposes of the Summary Courts in Lexington County

   Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Gregory, Judge Wynn, and Judge Quattlebaum.

          For the Court

          /s/ Patricia S. Connor, Clerk